CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 2 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:05CR00040-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| ERNEST FREDERICK HODGES | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Hodges' motion (Docket No. 128) is construed as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is **DIRECTED** to docket it as such; this § 2255 action shall be and hereby is **DISMISSED without prejudice** and this case is **STRICKEN** from the active docket of the court.

Further, finding that Hodges has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 22nd day of November, 2010.

United States District Judge